**Jonathan GRIFFIN, Plaintiff–Appellant,**

v.

**Brenda RAMSEY, LVCC Ombudsman Grievance Coordinator; Edward Wright, LVCC Head Warden; Tomika Wyche Brown, LVCC Medical Administrator; David Robinson, Eastern Regional Office Director of the Virginia Department of Corrections; G.F. Sivels, Eastern Regional Office Ombuds-**

---

man; R. Woodson, Eastern Regional Office Ombudsman; Dr. O'Keefe, LVCC Psychologist; Boyd M. Clements, LVCC Doctor; Wanda Lankford, Doctor; Carol Hightower, LVCC Nurse; Ms. Phillips, LVCC Nurse; E. Twisdale, LVCC Nurse; Ms. Hill, Department of Corrections LVCC Facility Liaison; Cynthia Boone, LVCC Grievance Alternate; B. Franklin, LVCC Nurse; K. Hyman, LVCC Nurse; Kenneth Dubose, Assistant Warden of LVCC Operations; Unknown, Department of Corrections Health Service Director, Defendants–Appellees,

and

Unknown Baker, LVCC Nurse; Unknown Brewer, LVCC Officer; Unknown Chapmond, LVCC Nurse; Unknown EPPS, LVCC Officer; Williams F. Hancock, LVCC (Lab Corp. Blood Test)/Medical Doctor; Mr. House, Transportation Officer; Mr. Jones, LVCC Officer; Glenda Merrit, LVCC Transportation Officer; Unknown Hargrove, LVCC Transportation Officer; Unknown Johnson, LVCC Transportation Officer; Unknown Rhodes, LVCC Officer; Unknown Samuels, LVCC Nurse; Unknown Penington, LVCC Nurse; Unknown Powell, LVCC Nurse; Regina Macklin, LVCC Officer; Unknown Mantez, LVCC Officer; Unknown Iglecia, Doctor/LVCC Psychiatrist; Unknown McCain, LVCC Sergeant; Unknown Moody, LVCC Secretary to Warden Wright; Edward Powell, LVCC Unit Manager; Unknown Parker, LVCC Chief of Security; Williams H. Highlander, South Hampton/Doctor; Williams B. Olson, South Hampton Memorial Hospital Radiology Report; Unknown Scott, LVCC Nurse; Mr. Brooks, LVCC Sergeant; Ms. Dugger, LVCC Officer; Unknown Beacon, LVCC Transportation Officer; Unknown Smith, LVCC Gym Officer; Unknown Graves, LVCC Unit Manager; Unknown Gregory, LVCC Nurse; Unknown Burke, LVCC Counselor; Unknown Gosney, LVCC Investigator; Unknown Bartos, LVCC Investigator; Tracy Easter, LVCC Blood Work Nurse; Rashawn Smith, LVCC Sergeant; Unknown Cooper, LVCC Officer; Sarah Clairy, LVCC Nurse; Unknown Bland, LVCC Job Coordinator; Audrey Brown, LVCC Psychologist; Unknown Wiley, LVCC Officer; Unknown Fileds, LVCC Sergeant; Unknown Brown, Department of Corrections Internal Affairs Agent; Cooper Walker, LVCC Sergeant; Unknown Blowe, LVCC Major; Unknown Barnes, LVCC Nurse; Saher Wesley Gunther, South Hampton Memorial Hospital Lab and Radiology; Ann Spencer, South Hampton Memorial Hospital Nursing Discharge Instructions, Defendants.

No. 11–6373.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.
Decided: July 6, 2011.

Jonathan Griffin, Appellant Pro Se.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Griffin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Griffin v. Ramsey,* No. 1:10–cv–01462–LMB–JFA (E.D.Va. Feb. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*